UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                NO. 2:11-cv-1092 FCD

MICHAEL T. CAREY, and
LEONE R. CAREY,                       **ORDER AND ORDER TO SHOW CAUSE**
                                      **RE SANCTIONS**
    Debtors,
_____

MICHAEL T. CAREY, and
LEONE R. CAREY,

    Appellants,

  v.

UNITED STATES OF AMERICA,

    Appellees.
_____

----oo0oo----

    1.   The hearing on Appellees's Motion to Dismiss Appeal as Untimely (Docket No. 3) is continued to June 10, 2011, at 10:00 a.m.  Appellants shall file and serve their opposition brief or notice of non-opposition no later than May 27, 2011.  Appellee may file and serve a reply on or before June 3, 2011.

    2.   Appellants' are ordered to show cause why they should not be sanctioned in the amount of $150.00 for failing to file an

opposition or notice of non-opposition to the appellee's motion in compliance with Local Rule 230(c).

    3.   Appellants' shall file their response to the order to show cause on or before May 27, 2011.

    4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: May 16, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE