UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:

MICHAEL T. CAREY and
LEONE R. CAREY, Debtors.
_____/

UNITED STATES OF AMERICA,

        NO. CIV. S-11-1092 FCD

    Plaintiff,

  v.                       MEMORANDUM AND ORDER

MICHAEL T. CAREY and LEONE R.
CAREY,

    Defendants.

----oo0oo----

    This matter is before the court on appellee the United States of America's motion to dismiss this bankruptcy appeal as untimely filed.[1] Appellee originally noticed the motion for May 27, 2011. However, pro se appellants, debtors Michael and Leone Carey, did not respond to the motion. As such, on May 17, 2011,

---

[1] Because oral argument will not be of material assistance, the court orders this matter submitted on the briefs. E.D. Cal. L.R. 230(g).

1  the court issued an order to show cause ("OSC"), ordering
2  appellants, on or before May 27, 2011, (1) to show cause why they
3  should not be sanctioned $150.00 for their failure to timely file
4  an opposition or statement of non-opposition to the motion and
5  (2) to respond to appellee's motion.  (Docket #5.)  Appellants
6  again did not respond.

     Accordingly, the court construes appellants' failure to respond as a non-opposition to appellee's motion, and it HEREBY grants appellee's motion, dismissing the appeal as untimely. Fed. R. Bank. Proc. § 8002(a) (requiring a Notice of Appeal to be filed within 14 days of the entry of the applicable order).[2] Considering appellants' pro se status, the court will nonetheless discharge the OSC.  Appellants' appeal is dismissed but the court will not enter sanctions against appellants.

     IT IS SO ORDERED.

DATED: June 7, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Here, the order from which appellants seek to take an appeal was entered on March 7, 2011, but appellants did not file their Notice of Appeal until April 1, 2011.